COM.

v.

**JEFFERSON, S.**

**2766 EDA 2015**

Superior Court of Pennsylvania.

08/24/2017

CP–51–CR–0012936–2012
(Philadelphia)

Affirmed/Vacated/Remanded

COM.

v.

**BROWN, C.**

**1046 EDA 2016**

Superior Court of Pennsylvania.

08/24/2017

CP–51–CR–0004946–2014
(Philadelphia)

Affirmed

COM.

v.

**BROWN, C.**

**3151 EDA 2015**

Superior Court of Pennsylvania.

08/24/2017

CP–51–CR–0004944–2014
(Philadelphia)

Affirmed

COM.

v.

**SCHWAB, L.**

**1896 MDA 2016**

Superior Court of Pennsylvania.

08/24/2017

Reargument Denied 11/2/2017

CP–06–CR–0002166–2016 (Berks)

Affirmed